# Court of Appeals
# of the State of Georgia

ATLANTA,  October 17, 2023

*The Court of Appeals hereby passes the following order:*

## A24A0372. BERTRAM L. MOORE et al. v. WALDEN PARK COMMUNITY ASSOCIATION, INC.

In December 2022, Walden Park Community Association, Inc. ("WPCA") filed a complaint against Bertram and Tonnette Moore to recover past-due homeowners association assessments, late fees, expenses, and attorney fees. When the Moores failed to answer the complaint, WPCA filed a motion for default judgment. On May 12, 2023, the trial court granted the motion and entered a $7,309.56 judgment in WPCA's favor. On June 15, 2023, the Moores filed a notice of appeal, seeking review of the court's May 12 order.[1] We lack jurisdiction for two reasons.

First, a notice of appeal must be filed within 30 days of entry of an appealable order or judgment. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (citation and punctuation omitted). Here, the Moores filed their notice of appeal 34 days after the entry of the final judgment. Therefore, the appeal is untimely and we lack jurisdiction on this basis.

Second, appeals in actions for damages in which the judgment is $10,000.00 or less must be brought by discretionary application. OCGA § 5-6-35 (a) (6), (b); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human*

---

[1] The Moores initially directed their appeal to the Supreme Court, which transferred the matter to this Court. See *Moore v. Walden Park Community Association*, Case No. S24A0001 (Sept. 6, 2023).

*Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Here, the Moores' failure to comply with the discretionary review procedure also deprives us of jurisdiction over this direct appeal.

For the above reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __10/17/2023__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*